```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE CLAY,

                Plaintiff,

-against-                      1: 23-cv-07562-MKV

EXPERIAN INFORMATION SOLUTIONS, INC.,    ORDER OF DISMISSAL AGAINST
EQUIFAX INFORMATION SERVICES, LLC,         DEFENDANT EXPERIAN
TRANS UNION LLC, KOHLS DEPARTMENT    INFORMATION SOLUTIONS, INC.
STORES, INC., BURLINGTON STORES, INC.,
and NISSAN NORTH AMERICA, INC.,

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") *only* have reached a settlement in principle [ECF No. 52]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued against Defendant Experian *only* without costs to either party and without prejudice to restoring the action against Defendant Experian to this Court's calendar if Plaintiff and Defendant Experian are unable to memorialize their settlement in writing and as long as the application to restore the action is made by December 29, 2023. If no such application is made by that date, today's dismissal against Defendant Experian *only* is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  November 29, 2023                                     _____
       New York, NY                                         MARY KAY VYSKOCIL
                                                            United States District Judge