UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2023

JACQUELINE CLAY,

          Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES, LLC,
TRANS UNION LLC, KOHLS DEPARTMENT
STORES, INC., BURLINGTON STORES, INC.,
and NISSAN NORTH AMERICA, INC.,

          Defendants.

1: 23-cv-07562-MKV

ORDER OF DISMISSAL AGAINST
DEFENDANT KOHLS
DEPARTMENT STORES, INC.

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that Plaintiff and Defendant Kohls Department Store, Inc. ("Khols") *only* have reached a settlement in principle [ECF No. 52]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued against Defendant Kohls *only* without costs to either party and without prejudice to restoring the action against Defendant Kohls to this Court's calendar if Plaintiff and Defendant Kohls are unable to memorialize their settlement in writing and as long as the application to restore the action is made by January 27, 2023. If no such application is made by that date, today's dismissal against Defendant Kohls *only* is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: December 27, 2023
     New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**