```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE CLAY,<br><br>　　　　　　Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, KOHLS DEPARTMENT STORES, INC., BURLINGTON STORES, INC., and NISSAN NORTH AMERICA, INC.,<br><br>　　　　　　Defendants. | Civil Case Number: 1:23-cv-07562-MKV<br><br>**[MKV]**<br>[PROPOSED] DISMISSAL ORDER |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 27, 2024 Stipulation of Dismissal, all claims asserted against Defendant **EQUIFAX INFORMATION SERVICES, LLC only** in Civil Action No. **1:23-cv-07562-MKV**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 27 **day of** March 2024.

_Mary Kay Vyskocil_
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE