USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE CLAY,<br><br>Plaintiff,<br><br>-v-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, KOHLS DEPARTMENT STORES, INC., BURLINGTON STORES, INC., and NISSAN NORTH AMERICA, INC.,<br><br>Defendants. | Civil Case Number: 1:23-cv-07562-MKV<br><br>[PROPOSED] DISMISSAL ORDER |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 25, 2024 Stipulation of Dismissal, all claims asserted against Defendant **NISSAN NORTH AMERICA, INC.** in Civil Action No. **1:23-cv-07562-MKV**, are dismissed without prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**The Clerk of Court is respectfully requested to terminate docket entry number 64.**

**SO ORDERED THIS** __25__ **day of** __April__ **2024.**

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE