```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2024
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JACQUELINE CLAY,

        Plaintiff,

-v-

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, KOHLS DEPARTMENT STORES, INC., BURLINGTON STORES, INC., and NISSAN NORTH AMERICA, INC.,

        Defendants.

Civil Case Number: 1:23-cv-07562-MKV

[~~PROPOSED~~] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 25, 2024 Stipulation of Dismissal, all claims asserted against Defendant **TRANS UNION, LLC only** in Civil Action No. **1:23-cv-07562-MKV**, are dismissed with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

**As all Defendants have been terminated in this action, the Clerk of Court is respectfully requested to close this case.**

**SO ORDERED THIS** __25__ **day of** __April__ **2024.**

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE